**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

MARK MAZZA,

          *Plaintiff,*

   v.

WEGMANS FOOD MARKETS, INC.
T/D/B/A WEGMANS,

          *Defendant.*

CIVIL ACTION
NO. 25-6700

## **ORDER**

    **AND NOW**, this 3rd day of June, 2026, upon consideration of the Notice of

Removal, (Dkt. No. 1), and Plaintiff's Motion to Remand, (Dkt. No. 8), it is hereby

**ORDERED** as follows:

1. The Court's January 6, 2026 Order, (Dkt. No. 9), is **VACATED**.

2. The Motion to Remand, (Dkt. No. 8), is **GRANTED**.

3. The case is **REMANDED** to the Court of Common Pleas of Montgomery

    County.

4. The Clerk of Court shall **CLOSE** the case.

          BY THE COURT:

          ***/s/ Gerald J. Pappert***
          Gerald J. Pappert, J.